# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO FULLER, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:10-01064 |
| | ) Judge Sharp |
| DWIGHT BARBEE, WARDEN, | ) |
| Respondent. | ) |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) Petitioner's claims relating to the alleged ineffective assistance of counsel as set forth in claims one, two and five are hereby DENIED and those claims are hereby DISMISSED WITH PREJUDICE. A certificate of appealability will not issue with respect to any of those claims.

(2) The Court hereby DEFERS RULING on the merits of Petitioner's <u>Blakely</u> claims as set forth in claims three and four pending further briefing by the parties on whether a <u>Blakely</u> violation occurred and whether any such violation amounted to harmless error. Within twenty (20) days of the date of entry of this Order, Respondent shall file a supplemental brief on those issues, and any response shall be filed by Petitioner within twenty (20) days of the filing of Respondent's supplemental brief.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE