UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO FULLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:10-cv-01064 |
| | ) | Judge Sharp |
| DWIGHT BARBEE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) The petitioner's *Blakely* claims as set forth in claims three and four of the petition are hereby **DENIED**, and those claims are hereby **DISMISSED WITH PREJUDICE**. A certificate of appealability will not issue with respect to those claims.

(2) The petitioner's motions for summary judgment (Docket Nos. 47 and 57) are hereby **DENIED** as the petitioner has failed to show that there is a genuine issue of material fact or that he is entitled to summary judgment as a matter of law.

It is so **ORDERED**.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE